Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAVIA LAWSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAREER SPECIALISTS, INC.,<br><br>Defendant. | Case No. 2:14-cv-07473-BRO-AGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 21st day of May, 2015.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 21st day of May, 2015, with:

United States District Court CM/ECF system

Notification sent on this 21st day of May, 2015, via the ECF system to:

Honorable Beverly Reid O'Connell
United States District Court
Northern District of California

And served via mail to:

Career Specialists
1701 Park Center Dr.
Orlando, FL 32835

This 21st day of February, 2015.
By: s/Todd M. Friedman
Todd M. Friedman